IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


DEVEARL L. BACON,           )
                            )
          Petitioner,       )
                            )
v.                          )    Civil Action No. 06-519-JJF
                            )
THOMAS C. CARROLL,          )
Warden, and CARL C.         )
DANBERG, Attorney           )
General of the State        )
of Delaware,                )
                            )
          Respondents.      )


**O R D E R**

WHEREAS, Petitioner has filed a petition for federal habeas corpus relief pursuant to 28 U.S.C. § 2254 and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915; and

WHEREAS, based on the information in Petitioner's affidavit, the request to proceed in forma pauperis is granted; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has mandated that, before ruling on the merits of a

petition, the petitioner must be given notice that the AEDPA applies to the pending petition, see United States v. Miller, 197 F.3d 644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000); and

NOW, THEREFORE, IT IS ORDERED this 6 day of September, 2006, that, on or before OCTOBER 18 2006 , Petitioner must file the attached election form with the Court. Failure to timely return the completed election form will result in the Court's ruling on Petitioner's pending petition as filed.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON,              )
                               )
          Petitioner,          )
                               )
v.                             )      Civil Action No. 06-519-JJF
                               )
THOMAS C. CARROLL,             )
Warden, and CARL C.            )
DANBERG, Attorney              )
General of the State           )
of Delaware,                   )
                               )
          Respondents.         )

**AEDPA ELECTION FORM**

1. _____    I wish the Court to rule on my § 2254
                petition as currently pending.  I realize
                that the law does not allow me to file
                successive or later petitions unless I
                receive certification to do so from the
                United States Court of Appeals for the
                Third Circuit; therefore, this petition
                will be my one opportunity to seek federal
                habeas corpus relief.


2. _____    I wish to amend my § 2254 petition to
                include all the grounds I have.  I will
                do so within thirty (30) days.  I realize
                that the law does not allow me to file
                successive or later petitions unless I
                receive certification to do so from the
                United States Court of Appeals for the
                Third Circuit; therefore, this amended
                all-inclusive petition will be my one
                opportunity to seek federal habeas corpus
                relief.


3. _____    I wish to withdraw my § 2254 petition
                without prejudice to file one all-inclusive
                petition in the future; that is, one

that raises all the grounds I have for
federal habeas corpus relief.  I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d).  <u>See</u> <u>Swartz v. Meyers</u>,
204 F.3d 417 (3d Cir. 2000).


4.  _____    I am not seeking federal habeas corpus
relief under § 2254.  I am instead seeking
relief under _____.


_____
Petitioner