D.I. # _____

# CIVIL ACTION
# NUMBER: _____06 cv 519 JJF_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 7.75 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 12.00 |

Postmark: RODNEY SQ STA WILMINGTON DE 19801, SEP 2006, USPS

Article number: 7003 1680 0002 2585 9547

Sent To: WARDEN TOM CARROLL
Street, Apt. No.; or PO Box No.: DELAWARE CORRECTIONAL CENTER 1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

PS Form 3800, June 2002    See Reverse for Instructions