**D.I. #** _____

# CIVIL ACTION
# NUMBER: _____ 06 cv 519 JJF _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 7.75 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 12.00 |

06 cv 519 JJF

Postmark Here

RODNEY SQ STA WILMINGTON DE 19801

29 2006 USPS

Sent To LOREN MEYERS
DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No. DEPARTMENT OF JUSTICE
City, State, ZIP+4 820 N. FRENCH STREET
WILMINGTON DE 19801

PS Form 3800, June 2002        See Reverse for Instructions

7003 1680 0002 2585 9554