Devearl L. Bacon
D.C.C.
Smyrna, Del. 19977

Case No. 06-519-JJF

Clerk of Court
US District Court
Wilmington, Del. 19801

November 20, 2006

Mr. Dalleo;
RE: MOTION OF REVIEW

FILED
NOV 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

Good-Day, can you please make sure that Appendix:

① Appendix A. 1-116

② Appendix B. 1-91

③ Appendix C. 1-194

④ Appendix D. 1-135,

are all with this Motion, and are stapled.

Thank You,

Devearl L Bacon

# TABLE OF CONTENTS TO APPENDIX

**APPENDIX A:**                                          **PAGES**

- Expedited Habeas — A 2-12
- Motion Trial Transcripts — A 13-24
- Affidavit's — A 115-116
- 1983 Suit — A 24-114

**APPENDIX B:**

- Direct Appeal — B 1-64
- State's Answer — B 65-79
- Superior/Supreme Court's Decision's — B 80-91

**APPENDIX C:**

- Post-Conviction Rule 61 — C 1-159
- State Answer — C 160-174
- Superior Court Opinion — C 182-194
- Trial Counsel's/Defendant's Affidavit's — C 160-174
- State Response to Rule 61 — C 29-44

**APPENDIX D:**

- Post-Conviction Rule 35 — D 1-77
- States Answer — D 78-115
- Defendant's Reply — D 116-133
- Supreme Court Decision — D 134-135

## Certificate of Service

I, _Severall L. Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _Appendix (Numbered)_ upon the following parties/person (s):

TO: Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: Warden Carroll
DCC
Smyrna, Del.
19977

TO: Elizabeth R. McFarlan
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _20_ day of _November_ 2006