IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEVEARL L. BACON, | : |
| Petitioner, | : |
| v. | : Civil Action No. 06-519-JJF |
| THOMAS CARROLL, Warden, and CARL C. DANBERG, Attorney General for the State of Delaware, | : |
| Respondents. | : |

**O R D E R**

At Wilmington this 13 day of December, 2006;

IT IS ORDERED that:

Petitioner Devearl L. Bacon's Motion to Review, which the Court construes as a Motion to Accept Corrected Appendix, is **GRANTED**. (D.I. 15.)

_____
UNITED STATES DISTRICT JUDGE