IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEVEARL L. BACON ) | |
|    Petitioner, ) | |
| ) | |
| v. ) | Civ. Act. No. 06-519-JJF |
| ) | |
| Thomas Carroll, Warden, ) | |
| Etc., ) | |
|    Respondents. ) | |

FILED
JAN 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## MOTION FOR EXTENSION OF TIME

Petitioner Pro-Se prays to move this Honorable Court for an Extension pursuant to Rule 6 and 4 of the Federal Rules of Civil Procedure to file Reply to Respondent's Answer.

Petitioner Asserts:

① Petitioner recieved Answer 1-9-07.

② Petitioner is locked in SHU/MHU High-Lock down and has to mail in-house mail to Law Library and it takes 4-5 daies to get copies, mail, research, etc., back.

Petitioner prays extension of time until February 7, 2007.

January 10, 2007



Devearl L. Bacon

(1)

## Certificate of Service

I, Severl L. Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: Motion For Extension Of Time upon the following parties/person (s):

TO: Ms. Elizabeth R. McFarlan
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 10 day of January, 2006

I/M DEVEARL L. BACON
SBI# 331242   UNIT 21-A-L-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk of Court
US District Court
844 N. King St., Lockbox 18
Wilmington, Del. 19801