IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
  Petitioner, )
 )
v. ) Civ. Act. No. 06-519-JJF
 )
Thomas Carroll, Warden, )
Etc., )
  Respondents. )

MOTION TO CORRECT



Petitioner Pro-Se moves this Honorable Court to Correct Petitioner's Motion To Extened filed January 10, 2007. Petitioner asserts the following:

(1) After Review of Local and Federal Civil Rule 5(e) "The petitioner may submit a Reply to the Respondent's Answer or other pleading within a time fixed by the Judge."

(2) Petitioner filed for Extension "without" being given an Order to file a Reply by This Court.

(3) Petitioner ask to Re-tack Motion To Extened.

(1)

WHEREFORE, petitioner respectfully prays and waits for this Honorable Court to "Grant" Reply to petitioner.

Respectfully Submitted,

Deverell L. Bacon
D.C.C.
Smyrna, Del. 19977

January 16, 2007

②

## Certificate of Service

I, **Severl L. Bacon**, hereby certify that I have served a true and correct cop(ies) of the attached: **Motion To Correct** upon the following parties/person (s):

TO: Ms. Elizabeth R. McFarlan
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 16 day of January 2006