IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEVEARL L. BACON, | : |
|     Petitioner, | : |
| v. | :   Civil Action No. 06-519-JJF |
| THOMAS CARROLL,<br>Warden, and ATTORNEY<br>GENERAL OF THE STATE OF<br>DELAWARE, | : |
|     Respondents. | : |

ORDER

At Wilmington this 26 day of January, 2007;

IT IS ORDERED that:

1. Petitioner Devearl L. Bacon's Motion To Amend his previously filed Motion For Extension Of Time To File A Reply is **GRANTED**. (D.I. 21.)

2. Petitioner's Motion For Extension Of Time To File A Reply is **GRANTED**. (D.I. 19.) Petitioner shall file his Reply by February 27, 2007.

                                              _/s/ Joseph J. Farnan_
                                             UNITED STATES DISTRICT JUDGE