IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DEVEARL L. BACON**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | :     Civ. Act. No. 06-519-JJF |
| | : |
| **THOMAS CARROLL**, | : |
| Warden, and **JOSEPH R. BIDEN, III**, | : |
| Attorney General for the State of Delaware, | : |
| | : |
| Respondents. | : |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Respondents file herewith certified copies of the following of the Delaware Supreme Court documents:

      a. Opening Brief & Appendix (No. 369, 2001)

      b. State's Answering Brief (No. 369, 2001)

      c. Order (July 1, 2002) (No. 369, 2001)

      d. Opening Brief (No. 453, 2005)

      e. State's Answering Brief & Appendix (No. 453, 2005)
          (includes defense counsel's affidavit)

      f. Reply Brief (No. 453, 2005)

      g. Order (June 21, 2006) (No. 453, 2005).

    2. Notice is also hereby given that a certified copy of the Delaware Superior Court Criminal Docket in ID No. 00060176600 has been manually filed with the Court and is available in paper form only.

<u>/s/ Elizabeth R. McFarlan</u><br>
Deputy Attorney General<br>
Department of Justice<br>
820 N. French Street<br>
Wilmington, DE 19801<br>
(302) 577-8500<br>
Del. Bar. ID No. 3759<br>
elizabeth.mcfarlan@state.de.us

February 2, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that on February 2, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on February 2, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Devearl L. Bacon
    SBI No. 221242
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us