Devearl L. Bacon
#221242
S.C.C.
Smyrna, Del. 19977
Civ. Act. No. 06-519-JJF

Clerk of Court
US District Court
Wilmington, Del. 19801

Feb. 14, 2007

Clerk;

Good-day., Today I mailed my Reply to State's Answer To Petition. Can you please that pages 1-19 are in it's correct order.

Cordially,



Devearl L. Bacon

FILED
FEB 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M SEWARD L. BACON
SBI# 221242 UNIT 21-A-L-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
US District Court
844 N. King St., Lockbox 18
Wilmington, Del. 19801

Legal Mail