IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DEVEARL L. BACON,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civ. Act. No. 06-519-JJF |
| : | |
| **THOMAS CARROLL,** : | |
| Warden, and **JOSEPH R. BIDEN, III,** : | |
| Attorney General for the State of Delaware, : | |
| : | |
| Respondents. : | |

ORDER

This 16 day of March, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records shall be filed on or before February 12, 2007.

_____
United States District Judge