IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON,  :
:
       Petitioner,  :
:
v.  :  Civil Action No. 06-519-JJF
:
THOMAS CARROLL, Warden, and  :
JOSEPH R. BIDEN, III,  :
Attorney General of the State  :
of Delaware,  :
:
       Respondents.  :

## O R D E R

At Wilmington, this 17 day of September, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Devearl L. Bacon's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 2.) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability, because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE