BLD-98                                               January 10, 2008
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **07-4349**

DEVEARL L. BACON

   v.

THOMAS L. CARROLL, et al.

   (D. Del. Civ. No. 06-cv-00519)

Present: MCKEE, RENDELL and SMITH, Circuit Judges

> Submitted is appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1), with memorandum in support in the above-captioned case.
>
> Respectfully,
>
> Clerk

MMW/SR

_____**ORDER**_____
The foregoing request for a certificate of appealability is denied. For substantially the reasons given by the District Court in dismissing Bacon's petition and denying his subsequent motion for reconsideration, reasonable jurists would all agree that the District Court properly dismissed the petition. Slack v. McDaniel, 529 US 473 (2000).



By the Court,

/s/ Theodore A. McKee
   Circuit Judge

A True Copy
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

Dated: March 18, 2008

ARL/cc: DLB